**Order entered March 21, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-01681-CV

### WALTER MITCHELL, Appellant

### V.

### TONYA CHANDLER, ET AL., Appellees

**On Appeal from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 10-12330-J**

## ORDER

The Court has before it appellant's March 18, 2013 motion to file late brief and amended brief. The Court **GRANTS** the motion and **ORDERS** that the brief tendered by appellant on March 18, 2013 be filed as of today's date. The Court **ORDERS** that any amended brief be filed by March 22, 2013.

/s/    ELIZABETH LANG-MIERS
JUSTICE